Cobb v. County of Santa Rosa.—Opinion of Court.

---

F. H. COBB, JR., *Plaintiff in Error*, v. COUNTY OF SANTA ROSA, *Defendant in Error*.

A judgment for costs only will not support a writ of error.

This case was decided by the court *En Banc*.

Writ of error to the Circuit Court for Santa Rosa county.

The facts in the case are stated in the opinion of the court.

*Thos. F. West* for plaintiff in error.

*A. G. Campbell* for defendant in error.

PER CURIAM.—Upon the trial of an action for trespass the jury found for the defendant, whereupon the following judgment alone was entered: "It is ordered by the court

that the defendant do have and recover of and from the plaintiff its costs expended in and about their suit."

Such a judgment will not support a writ of error. *Hall v. Paterson,* 45 Fla. 353, 33 South. Rep. 982; *Haynes v. Bramlett,* 46 Fla. 348, 35 South. Rep. 3; *Birmingham Trust & Sav. Co. v. Jackson County Mill Company,* 46 Fla. 236, 35 South. Rep. —.

Writ of error dismissed.

All·concur, except TAYLOR, C. J., absent on account of sickness.